# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DARIAN KENDALL ROBINSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:12-cv-00276-MR, 1:07-cr-00032-MR-4 |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 15, 2013 Order.

January 16, 2013

Frank G. Johns, Clerk
United States District Court